IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSIE L. SULLIVAN,<br><br>          Plaintiff,<br><br>vs.<br><br>MEDICAL STAFF,<br><br>          Defendant. | 8:21CV287<br><br>MEMORANDUM<br>AND ORDER |

Plaintiff has filed a Motion for Extension of Time (Filing 9) in which to file an amended complaint in response to the court's November 22, 2021, Memorandum and Order (Filing 8), which granted Plaintiff until December 22, 2021, to do so. Plaintiff indicates that he has written several inmate-request forms in an attempt to acquire the names of the Defendants he intends to sue, but "it will take a little more" time to get such information. Accordingly,

IT IS ORDERED:

1. Plaintiff's Motion for Extension of Time (Filing 9) in which to file an amended complaint is granted;

2. Plaintiff shall file his amended complaint on or before February 4, 2022; and

3. The Clerk of Court shall set a pro se case-management deadline as follows: February 4, 2022—amended complaint due.

DATED this 4th day of January, 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge