IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSIE L. SULLIVAN,<br><br>Plaintiff,<br><br>vs.<br><br>MEDICAL STAFF,<br><br>Defendant. | 8:21CV287<br><br>MEMORANDUM<br>AND ORDER |

On November 22, 2021, the court ordered Plaintiff to file an amended complaint within 30 days. (Filing 8.) The court warned Plaintiff that "[f]ailure to file an amended complaint within the time specified by the court will result in the court dismissing this case without further notice to Plaintiff." (Filing 8 at CM/ECF p. 7.) At Plaintiff's request, the court extended the deadline to file an amended complaint to February 4, 2022. (Filing 10.) To date, Plaintiff has not filed an amended complaint as ordered.

IT IS THEREFORE ORDERED:

1. This case is dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders; and

2. Judgment shall be entered by separate document.

DATED this 15th day of February, 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge